WILLIAM FRANCES PRICE, JR  **Chapter** 13
AMANDA LYNN PRICE

Debtor(s)   Case No.: 1:06-bk-01457-MDF

# CERTIFICATE OF MAILING

The undersigned deputy clerk hereby certifies that a true and correct copy of the attached document was served on the following by placing a copy of same in first class U.S. mail today, postage prepaid, addressed as follows:

William Frances & Amanda Lynn Price, Jr
292 S Faith Road
Grantville, PA 17028


Date: March 6, 2007

_____
Carol Anthony, Deputy Clerk