IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

William Frances Price, Jr      **Chapter**    13
Amanda Lynn Price
fka Amanda Lynn Crawford

                **Debtor(s)**      **Case No.:** 1:06-bk-01457-MDF

# CERTIFICATE OF MAILING

The undersigned deputy clerk hereby certifies that a true and correct copy of the attached document was served on the following by placing a copy of same in first class U.S. mail today, postage prepaid, addressed as follows:

**William Frances and Amanda Lynn Price, Jr**
292 S Faith Road
Grantville, PA 17028


Date: November 28, 2007

_____
Carol Anthony, Deputy Clerk

MDPA CERTMAIL ADD.wpt Rev. 06/07